NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1341

IN RE FRANCES E. HAYLOCK,

Debtor.

------------------------------------------------------------

JOHN D. BURNS,

Appellant,

v.

GEORGE BASILIKAS TRUST,

Appellee.

Appeal from the United States District Court for the District of Columbia in
case no. 1:08-CV-325, Judge Richard J. Leon.

ON MOTION

Before NEWMAN, Circuit Judge.

ORDER

The court considers whether this appeal should be transferred to the United
States Court of Appeals for the District of Columbia Circuit.

John D. Burns appeals from a decision of the United States District Court for the
District of Columbia denying Burns' appeal from a ruling of the United States
Bankruptcy Court for the District of Columbia imposing sanctions. It appears that the
underlying matter involved sanctions relating to a bankruptcy proceeding and is not
within this court's limited jurisdiction. See 28 U.S.C. § 1295.

Accordingly,

IT IS ORDERED THAT:

Absent a response received by this court within 14 days of the date of filing of

this order, this appeal will be transferred to the United States Court of Appeals for the

District of Columbia Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

**MAY 2 9 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     John D. Burn
        Jeffrey Sherman, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 9 2009

JAN HORBALY
CLERK

2009-1341                              2